UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUADALUPE VASQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>MARKET SQUARE BAKERY HONEY BUN OWNERS,<br><br>Defendant. | No. 2:24-cv-00770-DC-EFB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 6) |

Plaintiff Jose Guadalupe Vasquez is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 10, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed because it is duplicative of *Jose Guadalupe Vasquez v. Honey Bun, et al.*, 2:24-cv-00684-TLN-AC, a prior civil action filed by Plaintiff that remains pending in this court. (Doc. No. 6.) The pending findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 4.). To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the

1

findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on January 10, 2025 (Doc. No. 6) are ADOPTED in full;

2. Plaintiff's complaint is DISMISSED as duplicative of *Jose Guadalupe Vasquez v. Honey Bun, et al.*, 2:24-cv-00684-TLN-AC; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 6, 2025**

Dena Coggins
United States District Judge

2